## JUDGE SEIBEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X    Case No.:

DARA PECORA, and infant under the age of sixteen (16),
by and through her Father and Natural Guardian, LOUIS
J. PECORA, and LOUIS J. PECORA, Individually,

Plaintiff(s),                    **RULE 7.1 DISCLOSURE
                                  STATEMENT**

-against-

RUBY TUESDAY, INC.,

Defendant(s).
---------------------------------------------------------------X

I, David S. Rutherford, attorney for defendant, RUBY TUESDAY, INC., having filed an

initial pleading in the above-captioned matter, make the following disclosure to the Court

pursuant to Rule 7.1 of the Federal Rules of Civil Procedure identifying any corporate parents,

subsidiaries or affiliates of defendants. Upon information and belief there are no other corporate

entities owning 10% or more of the shares of defendant corporation.

Dated:  New York, New York
        August 27, 2008

                                 Yours, etc.

                                 **RUTHERFORD & CHRISTIE, LLP**

                                 By:
                                      David S. Rutherford (DR 8564)
                                      Attorneys for Defendant
                                      RUBY TUESDAY, INC.
                                      369 Lexington Avenue, 8th Floor
                                      New York, New York 10017
                                      (212) 599-5799

TO:    JAY S. HAUSMAN & ASSOCIATES, P.C.
       Attorneys for Plaintiff
       280 N. Central Avenue - Suite 40
       Hartsdale, New York 10530
       (914) 946-3344
       Attn: Elizabeth M. Pendzick

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of DEFENDANT'S RULE 7.1 DISCLOSURE

STATEMENT was served via regular mail to Jay S. Hausman & Associates, P.C., 280 N. Central

Avenue - Suite 40, Hartsdale, New York 10530, Attn: Elizabeth M. Pendzick on this 27th day of

August, 2008.


                              RUTHERFORD & CHRISTIE, LLP

                              By: _____

                                 David S. Rutherford (DR 8564)